# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHY ADDINGTON,

Defendant.

)
)
)
)
)
)
)
)
)

Case No. CIV-26-370-SLP

### O R D E R

Plaintiff filed their Complaint on February 27, 2026 [Doc. No. 1]. On May 29, 2026, the Court directed Plaintiff to show cause why this action should not be dismissed for failure to effect service of process within ninety days. Fed. R. Civ. P. 4(m).

Plaintiff asserts that attempts have been made to serve Defendant on multiple occasions, including via a professional process-server and certified mail. *See* Resp. [Doc. No. 5]. It appears Plaintiff has acted diligently in attempting service. Thus, the Court finds good cause exists to warrant an extension of the ninety-day deadline for effecting service. *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). The Court therefore grants Plaintiff an extension of time until July 16, 2026, to effect service.

IT IS SO ORDERED this 16th day of June, 2026.

_____
**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**